**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: : CHAPTER 13
Mary Jane DiGravio

DEBTOR : BKY. NO.   16-15270AMC13

**2ND MODIFIED PLAN**

$500.00 X 5 months and $606.00 X 55 months = $35,830

(A)  **CIBIK & CATALDO**     $4,500.00

   **IRS**     $37.49

(B)  **PA Dep of Rev**   $1,094.05 with 3 percent interest over the life of the plan for a total of $1,180.80

   **Seterus**   Arrears of $25,906.87 with direct regular monthly payments

   **Citi Corp**   To be treated as wholly unsecured pursuant to 11 USC 506 and In Re: McDonald and Court order with the mortgage lien satisfied upon Chapter 13 discharge

   **City of Philadelphia (w/s)**   $89.31

(C)  Pro Rata Distribution to Unsecured Creditors

                              Respectfully submitted,

DATE:  January 4, 2017         _____s/_____
                              MICHAEL A. CATALDO, ESQUIRE
                              CIBIK & CATALDO, P.C.
                              1500 WALNUT STREET, STE. 900
                              PHILADELPHIA, PA 19102
                              (215) 735-1060